UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARP INTERNATIONAL LIMITED, Gellihirion Industrial Estate, Pontypridd, Rhondda Cynon Taff, CF37 5SX, United Kingdom; HARP USA INC., 101 NE 3rd Avenue, Suite 1500, Fort Lauderdale, Florida 33301,<br><br>Plaintiffs,<br><br>vs.<br><br>HUSCH BLACKWELL LLP, Serve at 1801 Pennsylvania Avenue, NW, Suite 1000, Washington, DC 20006; LAW OFFICES OF NITHYA NAGARAJAN, LLC, Serve at c/o Nithya Nagarajan, Husch Blackwell, LLP, 1801 Pennsylvania Avenue, NW, Suite 1000, Washington, DC 20006; NITHYA NAGARAJAN, Serve at Husch Blackwell, LLP, 1801 Pennsylvania Avenue, NW, Suite 1000, Washington, DC 20006;<br><br>Defendants. | Civil Action No. 1:25-cv-486<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs, Harp International Limited ("HIL"), and Harp USA Inc. ("Harp USA") (together, "Plaintiffs"), bring this Complaint against defendants, Husch Blackwell, LLP ("HB"), Law Offices of Nithya Nagarajan, LLC ("LONN") and Nithya Nagarajan ("Nagarajan") (together, "Defendants") and allege as follows:

### PARTIES

1. Plaintiff Harp International Limited is a company incorporated in the United Kingdom that is manufacturer and exporter of refrigerants in the United Kingdom. Harp

International Limited has a principal place of business at Gellihirion Industrial Estate, Pontypridd, Rhondda Cynon Taff, CF37 5SX, United Kingdom.

2. Plaintiff Harp USA, Inc. is a Florida corporation, a wholly owned subsidiary of HIL and a supplier of refrigerant gases. Harp USA, Inc. has a principal place of business at 101 NE 3rd Avenue, Suite 1500, Fort Lauderdale, Florida 33301.

3. Husch Blackwell, LLP is a Wisconsin limited liability partnership with its principal place of business in Jackson County, Missouri.  Husch Blackwell, LLP is registered to do business in the District of Columbia.  Husch Blackwell, LLP transacts business and has a law office in Washington, DC.  Husch Blackwell, LLP is a national law firm with offices throughout the United States.

4. At all revenant times, Law Offices of Nithya Nagarajan, LLC is a Maryland limited liability company with a principal place of business at 9101 Friars Road, Bethesda, Maryland 20817. At all relevant times Law Offices of Nithya Nagarajan, LLC was registered to do business in the District of Columbia. At all relevant times Law Offices of Nithya Nagarajan, LLC was a law firm servicing clients in Maryland and the District of Columbia.

5. Nithya Nagarajan is an attorney at law and a partner with Husch Blackwell, LLP and with a business address at Husch Blackwell, LLP, 1801 Pennsylvania Avenue, NW, Suite 1000, Washington, DC 20006. Nithya Nagarajan is a member of the bar of the District of Columbia. Nithya Nagarajan provides legal work on administrative and regulatory acts before various bodies and focuses on issues relating to, among other things, duty strategy and proceedings.

**JURISDICTION AND VENUE**

6. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332 in that there is complete diversity between the parties and the amount in controversy exceeds $75,000, exclusive of costs and interest.

7. Venue is proper pursuant to 28 U.S.C. § 1391 as Defendants do business in and are subject to personal jurisdiction in this District. Further, venue is appropriate in this Court pursuant to 28 U.S.C. § 1391 in that a substantial part of the events or omissions giving rise to the claim occurred in or emanated from this District. Defendant HB's services were provided from its law offices located in Washington, D.C., certain of Defendant Nagarajan's services were provided from her law offices in Washington, D.C., Defendant Nagarajan is a member of the District of Columbia bar, and Defendant HB is registered to do business in the District of Columbia.

8. This Court has personal jurisdiction over HB because HB maintains an office and transacts business in the District of Columbia. HB also caused tortious injury in the District of Columbia by its acts or omissions in the jurisdiction and Plaintiffs' claims herein arise from HB's transaction of business in the District of Columbia, and its acts and omissions occurring in the District of Columbia.

9. This Court has personal jurisdiction over LONN because LONN transacts/transacted business in the District of Columbia. LONN also caused tortious injury in the District of Columbia by its acts or omissions in the jurisdiction and Plaintiffs' claims herein arise from LONN's transaction of business in, among other places, the District of Columbia, and its acts and omissions occurring in the District of Columbia.

10. This Court has personal jurisdiction over Nagarajan because Nagarajan transacts business in the District of Columbia and is a member of the District of Columbia bar. Nagarajan

also caused tortious injury in the District of Columbia by her acts or omissions in the jurisdiction and Plaintiffs' claims herein arise from Nagarajan's transaction of business in the District of Columbia, and her acts and omissions occurring in the District of Columbia.

**FACTUAL BACKGROUND**

11. Plaintiff HIL is a company incorporated in the United Kingdom that is a manufacturer and exporter of hydroflourocarbons and blends and is a blender of refrigerant gasses, liquefied under pressure, used in air conditioning, refrigerant systems or heat pumps for charging (i.e. filling) of new equipment or servicing (refilling) existing equipment.

12. Plaintiff Harp USA is a wholly owned subsidiary of HIL and a supplier of refrigerant gases.

13. HIL is the exclusive supplier to Harp USA. Harp USA does not have any employees based in the United States and acts on behalf of HIL, as its registered agent in the United States. HIL and Harp USA share employees and facilities in the United Kingdom and all sales negotiations with Harp USA's customers are handled directly via HIL.

14. In early 2016, HIL engaged Nagarajan and her law firm the LONN to render advice regarding, among other things, whether shipment of certain refrigerated hydroflourocarbons and blends into the United States which contained product from China would be subject to duties.

15. Nagarajan advised HIL that these shipments would not be taxed or subject to duties. Further, in the numerous communications between Nagarajan and HIL, she never advised HIL that the shipments at issue bore the risk of duties.

16. Nagarajan merged her practice LONN with HB in or around February, 2018. HIL learned of this merger at some point around the time of the merger.

17. After joining HB, Nagarajan and HB continued to represent HIL regarding advice relating to its shipments of certain refrigerated hydroflourocarbons and blends into the United States which contained product from China. After joining HB, Nagarajan reiterated her advice that HIL's shipments would not be taxed or subject to duties. In addition, in the numerous communications between Nagarajan and HIL, she never advised HIL that the shipments at issue bore the risk of duties.

18. HIL paid Defendants substantial legal fees over the years for the advice regarding the shipments and duties.

19. HIL terminated Nagarajan and HB in or about December 2021. Nagarajan, as an attorney at LONN and as an attorney at HB continuously represented HIL from 2016 through December, 2021 regarding advice relating to the shipment of refrigerants and blends and whether same was subject to duties.

20. In or around June, 2021 HIL learned for the first time that shipments upon which Defendants were providing advice were subject to duties.

21. Defendants' advice regarding the shipments and duties was wrong and fell below the standard of care. Defendants failed to use the ordinary skill and care that other lawyers would use in similar matters.

22. As a result, Plaintiffs have paid duties of approximately $1.4 million to date. Additional monies may be owed.

23. In addition, several of Plaintiffs' other shipments of refrigerated hydroflourocarbons and blends into the United States which contained product from China are under scrutiny by the U.S. Customs and Border Protection. Defendants advised Plaintiffs that these

shipments were not subject to duties. Plaintiffs are exposed to an additional approximately $14 million in duties.

24. Plaintiffs and Defendants entered into a Tolling Agreement on or about December 3, 2021 whereby the parties agreed that all timing defenses as to the statute of limitations, etc. shall be tolled. The Tolling Agreement was terminated on or about October 8, 2024 with the claims period beginning to run on or about October 19, 2024.

## LEGAL CLAIMS

### COUNT I- Professional Negligence

25. Plaintiffs hereby incorporate all the preceding paragraphs of the Complaint as if fully set forth herein.

26. At all times relevant to this Complaint, Defendants had a duty to exercise reasonable care in representing Plaintiffs as a result of the attorney-client relationship that existed between Plaintiffs and Defendants.

27. By failing to provide proper advice regarding duties on the shipments at issue, Defendants breached their duties to Plaintiffs.

28. As a proximate result of Defendants' breach of their duties, Plaintiffs have been and continue to be severely harmed and have suffered and will continue to suffer substantial damages.

29. As a result, Plaintiffs are entitled to recover damages and obtain other relief.

WHEREFORE, Plaintiffs demand judgment against Defendants for:

A. compensatory damages;

B. all costs, attorneys' fees and any other applicable fees permitted by law;

C. the disgorgement of all fees paid to Defendants by Plaintiffs;

D. pre-judgment interest as allowed by law; and

E. such other and further equitable and legal relief as is just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury on all issues triable by a jury.

DATED: February 19, 2025

HWG LLP
Attorneys for Plaintiffs Harp International Limited and Harp USA Inc.

By: */s/Amy E. Richardson*
Amy E. Richardson
HWG LLP
1919 M Street NW, Eighth Floor
Washington, DC 20036-3537
202-730-1329
arichardson@hwglaw.com

Bruce H. Nagel (application for admission pro hac vice to be submitted)
Nagel Rice, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
973-618-0400
bnagel@nagelrice.com

Attorneys for Plaintiffs Harp International Limited and Harp USA Inc.